IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. : Case No. 3:18cr2

MATTHEW JONES, : JUDGE WALTER H. RICE

    Defendant. :

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Scheduling Conference | 2/5/2018 |
| Jury Trial Date | 3/19/2018 |
| Final Pretrial Conference (by telephone) | **Monday, 3/12/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 3/2/2018 |
| Other Motions | 3/9/2018 |
| Discovery Cut-off | 3/9/2018 |
| Speedy Trial Deadline | 3/20/2018 |
| Discovery out – Plaintiff to Defendant | done |

February 6, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE